UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Flordeliza A Hawkins, *Plaintiffs* v. Suntrust Bank; South Carolina Department of Social Services, SCDSS; Anderson County Sheriff's Office, ACSO, *Defendants* | ) ) ) ) ) ) | Civil Action No.   8:18-cv-00178-DCC |
|---|---|---|

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: defendants' motions to dismiss are granted.

This action was *(check one)*:

■ Decided by the Honorable Donald C. Coggins, Jr., United States Senior District Judge, presiding, adopting the Reports and Recommendations set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended granting defendants' motions to dismiss.

Date:   October 15, 2018              *ROBIN L. BLUME, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*